

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-17-00069-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION**, As Trustee for The Pooling and
Servicing Agreement dated as of October 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006-NC3 Mortgage Pass-Through Certificates 2006 NC3; Et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-02839
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

In this appeal, neither the clerk's nor the reporter's records have been filed. On February 8, 2017, Appellant moved this court to extend the page limit for Appellant's brief to sixty-five pages. *See* TEX. R. APP. P. 9.4(i)(1), (4).

Appellant's motion is GRANTED IN PART. The portions of Appellant's brief that are included in the length calculation, *see id.* R. 9.4(i)(1), may not exceed the lesser of fifty-five pages in length or 16,500 words. Except for the length calculation, Appellant's brief must fully comply with all other requirements set forth in the Rules of Appellate Procedure. *See, e.g.*, *id.* R. 9.3, 9.4, 38.1.

If Appellant's brief exceeds the extended length granted by this order, Appellant's brief will be stricken. If Appellant's brief does not comply with the other applicable rules, this court may strike Appellant's brief. *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.



_____
Keith E. Hottle
Clerk of Court